# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JEFFREY FOLK,** | ) |
| **Plaintiff,** | ) |
| v. | ) C.A. No.: 1:17-cv-01229 (VAC)(SRF) |
| **ASSET RECOVERY SOLUTIONS, LLC,** | ) |
| **Defendant.** | ) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

It is hereby stipulated by and between the parties that the above-captioned action be dismissed with prejudice. The action shall be and hereby is dismissed with prejudice and without costs to either party, and a judgment of dismissal with prejudice may be entered in the case.

| **LAW OFFICE OF MARY HIGGINS LLC** | **COOCH and TAYLOR, P.A.** |
|---|---|
| */s/Mary Higgins* | */s/ Blake A. Bennett* |
| Mary Higgins, Esquire (ID #: 4179) | Blake A. Bennett, Esquire (#5133) |
| Mary Anne McLane Detweiler, (ID #: 3415) | The Brandywine Building |
| Commonwealth Building, Suite 201 | 1000 West Street, 10th Floor |
| 260 Chapman Road | Wilmington, DE 19801 |
| Newark, DE 19702 | Telephone: (302) 984-3800 |
| (ph) 302-894-4357 | bbennett@ccochtaylor.com |
| Mary.higgins@letsbelegal.com | Attorney for Defendant Asset |
| Attorney for Plaintiff Jeffrey Folk | Recovery Solutions LLC |
| Dated: July 12, 2018 | Dated: July 12, 2018 |