## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JEFFREY FOLK, | ) |
| | ) |
| Plaintiff, | ) RGA |
| v. | ) C.A. No.: 1:17-cv-01229 ~~(VAC)~~(SRF) |
| | ) |
| ASSET RECOVERY SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

### STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)

It is hereby stipulated by and between the parties that the above-captioned action be dismissed with prejudice. The action shall be and hereby is dismissed with prejudice and without costs to either party, and a judgment of dismissal with prejudice may be entered in the case.

**LAW OFFICE OF MARY HIGGINS LLC**

*/s/Mary Higgins*
Mary Higgins, Esquire (ID #: 4179)
Mary Anne McLane Detweiler, (ID #: 3415)
Commonwealth Building, Suite 201
260 Chapman Road
Newark, DE 19702
(ph) 302-894-4357
Mary.higgins@letsbelegal.com
Attorney for Plaintiff Jeffrey Folk

Dated: July 12, 2018

**COOCH and TAYLOR, P.A.**

*/s/ Blake A. Bennett*
Blake A. Bennett, Esquire (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 984-3800
bbennett@ccochtaylor.com
Attorney for Defendant Asset Recovery Solutions LLC

Dated: July 12, 2018

SO ORDERED this 24 day of July, 201_

_____
United States District Judge